# Exhibit 1



**IVY COACH**
TOWARD THE CONQUEST OF ADMISSION

This Contract is entered into between Ivy Coach and Buoi Thi Bui

P021516 Vinhomes Times City, 458 Minh Khai, Hai Ba Trung, Hanoi, Vietnam

+84912227799 | vinhbuoi99@yahoo.com

In consideration of the mutual benefits to be derived from the Contract, it is understood and agreed to that Ivy Coach will provide Buoi Thi Bui the following college admissions consulting services on behalf of her daughter: assistance with any twenty (20) college applications and any five to ten (5-10) boarding school applications. Such assistance includes assistance with the complete Common Application, including the Personal Statement and the Activities, assistance with the unique supplement for any twenty (20) universities (including all supplemental admissions essays for these schools), interview prep, assistance with teacher, counselor, and other letters of recommendation, helping her daughter find an admissions hook for highly selective colleges, and any other college admissions advice as needed so as to optimize her daughter's chances of admission to the highly selective colleges to which she's applying. It also includes assistance with the entire admissions process to boarding school — including all applications and essays.

Ivy Coach's Fee _____ $1,500,000 USD

Ivy Coach's fee, which is non-refundable, is payable in three (3) installments, as follows:

Prepaid _____ $250,000 USD

Due Upon Signing _____ $500,000 USD

Due December 1, 2017 _____ $250,000 USD

Due December 1, 2018 _____ $500,000 USD

Please note that all payments to Ivy Coach are non-refundable.

*I understand that there are absolutely no guarantees of school placement, either implied or expressed. All final decisions as to placement are determined by the student and parent(s). I also understand that educational counseling and the admissions processing procedure requires appropriate timely action by the student, parents, teachers, and school counselor in the submission of application(s), recommendations, official testing agency reports, transcript and any other supporting documentation.*

12/25/2016
Date

Buoi Thi Bui