UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE IVY COACH, INC.

               Plaintiff,

v.

BUOI THI BUI and
VINH NGOC DAO,

               Defendants.

Civil Action No.: 1:18-cv-01000 (PAE)

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Whereas, Plaintiff The Ivy Coach, Inc. filed the above-captioned matter on February 5, 2018 against Defendants Buoi Thi Bui and Vinh Ngoc Dao;

Whereas, none of the Defendants have served either an answer or a motion for summary judgment;

Now therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Ivy Coach, Inc. dismisses without prejudice all claims asserted in this action against Defendants.

DATED: March 26, 2018                    Respectfully submitted,


                                                        /s/ *Silvia Jordan*
Silvia Jordan (SJ1781)
FISCH SIGLER LLP
1140 Avenue of the Americas
Ninth Floor
New York, NY 10036
212.362.1771
Silvia.Jordan@FischLLP.com
*Attorney for Plaintiff THE IVY COACH, INC.*

John T. Battaglia
Richard Zhang (5409362)
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500
*Of Counsel for Plaintiff THE IVY COACH, INC.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, the foregoing document was filed electronically on ECF and served on the following counsel by e-mail:

>Valerie G. Pennacchio
>SAUL EWING ARNSTEIN & LEHR LLP
>One Riverfront Plaza
>1037 Raymond Blvd., Suite 1520
>Newark, NJ 07102
>Email: Valerie.Pennacchio@saul.com
>
>James A. Keller
>SAUL EWING ARNSTEIN & LEHR LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA 19102
>Email: James.Keller@saul.com

By: /s/ *Silvia Jordan*
     Silvia Jordan